IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

LEILANI FIEBER                                                 PLAINTIFF

v.                  Case No. 4:16-cv-931-KGB

JOSEPH T. RYERSON & SON INC.,
a/k/a RYERSON                                              DEFENDANT

## ORDER

Before the Court is the parties' Rule 41 joint stipulation of dismissal with prejudice (Dkt. No. 10). In accordance with the joint stipulation, the Court dismisses plaintiff Leilani Fieber's claims with prejudice. The Court retains jurisdiction over this matter for the purposes of effectuating settlement.

So ordered this 29th day of August, 2017.

                                                     Kristine G. Baker
                                                     United States District Judge